AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LUTTIG, J. MICHAEL | UNITED STATES COURT OF APPEALS, FOURTH CIRCUIT | 5/15/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE (ACTIVE) | ___ Nomination, Date _____  ___ Initial  ✔ Annual  ___ Final | 1/1/03 – 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| ALBERT V. BRYAN COURTHOUSE ALEXANDRIA, VIRGINIA | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 TRUSTEE | TRUST |
| 2 EXECUTOR / ADMINISTRATOR | ESTATE |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ✔ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED
May 17 1 16 PM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ✔ NONE (No reportable non-investment income.) | | |
| 1 9/18/03 | TRUST #1 (SEE PART VII) – TRUST ADMINISTRATION | $ 2000⁰⁰ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ✔ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

## V. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ✓ | NONE (No such reportable reimbursements.) | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ✓ 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ✓ 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less        K=$15,001-$50,000        L=$50,001-$100,000        M=$100,001-$250,000
N=$250,001-$500,000        O=$500,001-$1,000,000        P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000        P3=25,000,001-50,000,000        P4=50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| J. MICHAEL LUTTIG | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| IRAs (2) NATIONSBANK D.C. | A | INT. | J | T | | | | | |
| (CASH EQUIVALENT) | A | INT. | J | T | | | | | |
| SAVINGS ACCT. - SUN TRUST | A | INT. | J | T | | | | | |
| CHECKING ACCT. - SUN TRUST | A | INT. | J | T | | | | | |
| CHECKING ACCT. - SUN TRUST VIENNA, VA. | A | INT | | | CLOSED | | | | |
| TRUST #1 (BENIFICIARY) (SEE ATTACHMENT A) | | | | | | | | | |
| APPRAISAL DATE FOR ALL TRUST INTERESTS, | | | | | | | | | |
| EXCEPT CHECKING ACCOUNT, IS 7/1/95. | | | | | | | | | |
| CHECKING ACCOUNT IS AS OF 12/31/03 | | | | | | | | | |
| ~~████~~ | ~~██~~ | ~~██~~ | ~~██~~ | ~~██~~ | | | | | |
| ESTATE ASSETS : | | | | | | | | | |
| HOUSE | G | SALE PROCEEDS | █ | █ | SELL | 5/22 | M | | WALTON JONES |
| AUTOMOBILE | E | SALE PROCEEDS | █ | █ | SELL | 5/24 | K | | WALTON JONES |
| HOUSEHOLD GOODS | A | — | █ | █ | DISTRIBUTED | 5/30 | L | | |
| CHECKING ACCTS - | | | | | | | | | |
| SOUTHSIDE BANK, TYLER, TX | A | DIV | █ | █ | DISTRIBUTED | 5/20 | K | | |
| TRUST #1 | E | INT/ ROYALTY | M | W | | | | | |
| EDUCATION ACCT. MFS INVEST | C | REDEEM | █ | █ | REDEEM | 4/30 | J | A | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

ATTACHMENT A

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | |
|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) |
| Pine Tree I.S.D. #2, Working Interest .05000000, Royalty Interest .000606010, ▓▓▓▓ Gregg County, Texas. | C | INT. | J | Q |
| J. Miller #1, Working Interest .12500000, ▓▓▓ Cherokee County, Texas. | B | INT. | J | Q |
| C. Sheppard #1, Working Interest .00286430, Royalty Interest .03125000 ▓▓▓ Wood County, Texas. | D | INT. | J | Q |
| Tiller Gas Unit #1 Royalty Interest .02386506, ▓▓▓ Panola County, Texas. | B | ROY. | J | Q |
| Tiller Gas Unit #2 Royalty Interest .02386508, ▓▓▓ Panola County, Texas. | D | ROY. | J | Q |
| Tiller Gas Unit #3 Royalty Interest .02386506, ▓▓▓ Panola County, Texas. | D | ROY. | J | Q |
| Tiller Gas Unit #4 Royalty Interest .02386506, ▓▓▓ Panola County, Texas. | D | ROY. | J | Q |
| Tiller Gas Unit #5 Royalty Interest .02386506, ▓▓▓ Panola County, Texas. | C | ROY. | J | Q |

ATTACHMENT A

| A Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | |
|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) |
| Minnie Martin Etal Unit, .0875000 Working Interest, ▓▓▓ Wood County, Texas. | B | INT. | J | Q |
| Martin-Pollard Unit, .04375000 Working Interest, ▓▓▓ Wood County, Texas. | B | INT. | J | Q |
| Vernon E. Moore #1, Working Interest .01842710, Royalty Interest .00027450, ▓▓▓ Wood County, Texas. | C | INT | J | Q |
| Pollard-Johnson Unit, Working Interest .01018760, ▓▓▓ Wood County, Texas. | C | INT. | J | Q |
| W.L. Gary, Gas Well Working Interest .14127600, ▓▓▓ page 475, Rusk County, Texas. | C | INT. | J | Q |
| Grice Unit 2, Well #1 Working Interest .07934520. ▓▓▓ Wood County, Texas. | C | INT. | J | Q |

ATTACHMENT **A**

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transaction | |
|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A–H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J–P) | (2) Value Method Code 3 (Q–W) | Type | Date |
| Checking Account Balance Southside Bank and Trust | A | INT. | K | T | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| J. MICHAEL LUTTIG | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 BROKERAGE ACCOUNT #1 | A | INT. DIV. GAIN | L | T | | | | | |
| 2 ~~████████████~~ | Ⓐ | ██ | █ | ● | ● | | ● | | |
| 3 AMERICAN CENTURY SMALL CO. | A | DIV. GAIN | J | T | BUY | 11/4 | J | | |
| 4 DODGE + COX STOCK FUND | A | DIV. GAIN | J | T | BUY | 11/4 | J | | |
| 5 FMI COMMON STOCK FUND | A | DIV. GAIN | J | T | BUY | 11/4 | J | | |
| 6 PARNASSUS EQUITY INCOME | A | DIV. GAIN | J | T | BUY | 11/4 | J | | |
| 7 SCHWAB MUNI MONEY FUND | A | INT. DIV. | L | T | BUY | 11/4 | K | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 SCHWAB MUNI MONEY FUND SOLD 12/31/03, BUT NOT SETTLED UNTIL 1/2/04 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Cols. B1-D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Cols. C1-D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | J. MICHAEL LUTTIG | 5/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month/Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 (IRA) BROKERAGE ACCOUNT #2 | A | INT. DIV. GAINS | M | T | IRA INHERITANCE | 9/30 | M | | |
| 2 APPLIED MATERIALS (COMMON) | A | INT. DIV. COM | K | T | " | " | K | | |
| 3 COACH, INC. (COMMON) | A | INT. DIV. GAIN | K | T | " | " | K | | |
| 4 MYLAN LABS. (COMMON) | A | INT. DIV. GAIN | J | T | " | " | J | | |
| 5 PFIZER, INC. (COMMON) | A | INT. DIV. GAIN | K | T | " | " | K | | |
| 6 ST. JUDE MEDICAL (COMMON) | A | INT. DIV. GAIN | &K | T | — | " | K | | |
| 7 SYMANTEC CORP. (COMMON) | A | INT. DIV. GAIN | &K | T | " | " | K | | |
| 8 DODGE & COX STOCK FUND | A | INT. DIV. GAIN | E | T | BUY | 10/15 | E | | |
| 9 WHITE OAK GROWTH FUND | A | INT. DIV. | E | T | BUY | 10/15 | E | | |
| 10 SCHWAB MONEY MKT. FUND | A | INT. DIV. GAIN | K | T | BUY | 10/14 | L | | |
| 11 SCHWAB MONEY MKT. FUND | A | INT. DIV. GAIN | K | T | REDEEM | 10/16 | K | | |
| 12 SCHWAB MONEY MKT. FUND | A | INT. DIV. GAIN | K | T | REDEEM | 11/5 | E | | |
| 13 AMERICAN CENTURY SMALL CO. | A | INT. DIV. GAIN | J | T | BUY | 11/4 | J | | |
| 14 WHITE OAK GROWTH FUND | A | INT. DIV. GAIN | E | T | BUY | 11/4 | J | | |
| 15 | | | | | | | | | |
| 16 ✱ MYLAN LABS AND SYMANTEC WERE SOLD 12/31/03, BUT NOT SETTLED UNTIL 1/6/04. NO GAIN FROM EITHER | | | | | | | | | |
| 17 EXCELSIOR VALUE AND F&R SMALL CAP FINANCIAL WERE BOUGHT 12/31/03, BUT NOT SETTLED UNTIL 1/2/04. BOTH ARE VALUE CODE K AND VALUE METHOD T | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less (See Col. B1,D4) B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1,D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 (IRA) BROKERAGE ACCOUNT #3 | B | INT | | | IRA INHERITANCE | 4/1 | M | | |
| 2 MONEY MKT. FUND /CASH | B | INT. DIV. | J | T | " | 4/1 | K | | |
| 3 (COMMON) APPLIED MATERIALS, INC. | A | INT. DIV. | J | T | " | 4/1 | K | | |
| 4 (COMMON) COACH, INC. | A | INT. DIV. | J | T | " | 4/1 | J | | |
| 5 " MYLAN LABS, INC. | A | INT. DIV. | J | T | | | | | |
| 6 " PFIZER, INC. | A | INT. DIV | J | T | IRA INHERITANCE | 4/1 | K | | |
| 7 " ST. JUDE MEDICAL, INC. | A | INT. DIV. | J | T | " | | K | | |
| 8 " SYMANTEC CORP. | A | INT. DIV. | J | T | | | | | |
| 9 " BED, BATH + BEYOND, INC. | A | INT. DIV. | ▓ | ▓ | BUY | 4/15 | J | | |
| 10 " H+R. BLOCK, INC. | A | INT. DIV. | ▓ | ▓ | IRA INHERITANCE | 4/1 | J | | |
| 11 " EXXON-MOBIL CORP. | A | INT. DIV. | ▓ | ▓ | " | 4/1 | J | | |
| 12 " GENERAL ELECTRIC CO. | A | INT. DIV | ▓ | ▓ | " | 4/1 | K | | |
| 13 " INTERNATIONAL BUSINESS (IBM) | A | INT. DIV | ▓ | ▓ | " | 4/1 | K | | |
| 14 " KB HOME | A | INT. DIV | ▓ | ▓ | BUY | 4/15 | J | | |
| 15 ▓▓▓▓▓▓▓▓▓▓ | | | ▓ | ▓ | ▓▓▓▓▓▓▓ | | | | |
| 16 ▓▓▓▓▓▓▓ | | | | | ▓▓▓▓ | | | | |
| 17 " H+R. BLOCK, INC. | A | DIV. | ▓ | ▓ | SOLD | 5/12 | J | A | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

Name of Person Reporting

J. MICHAEL LUTTIG

Date of Report

5/15/04

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 (IRA) BROKERAGE ACCOUNT #3 (CONT.) | | | | | | | | | |
| 2 (COMM.) GENERAL ELECTRIC CO. | | | | | PARTIAL SOLD | 6/10 | J | B | |
| 3 " APPLIED MATERIALS | | | | | PARTIAL SOLD | 6/23 | K | A | |
| 4 " SYMANTEC CORP | | | | | BUY | 6/11 | J | | |
| 5 " CONCORD EFS, INC. | A | DIV | | | BUY | 6/11 | J | | |
| 6 " MYLAN LABS | | | | | BUY | 6/23 | J | | |
| 7 " BED BATH + BEYOND | | | | | SOLD | 7/7 | J | A | |
| 8 " CONCORD EFS, INC. | | | | | SOLD | 7/8 | J | A | |
| 9 " GENERAL ELECTRIC, CO. | | | | | SOLD | 7/25 | J | B | |
| 10 " INTL BUSINESS MACHINES, INC. | | | | | SOLD | 7/28 | K | B | |
| 11 " EXXON MOBIL CORP. | | | | | SOLD | 7/28 | K | A | |
| 12 " K+B HOME | | | | | SOLD | 8/11 | J | B | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 ENTIRE ACCOUNT #3 TRANSFERRED TO ACCOUNT #2 9/30/03 - 10/10/03 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less; B=$1,001-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2. Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001-$100,000; M=$100,001-$250,000;
(See Col. C1, D3) N=$250,001-$500,000; O=$500,001-$1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000;
P3=$25,000,001-$50,000,000; P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal; R=Cost (real estate only); S=Assessment; T=Cash/Market
(See Col. C2) U=Book value; V=Other; W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| J. MICHAEL LUTTIG | 5/15/04 |

## III. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ I AM EXECUTOR/ADMINISTRATOR OF ▆▆
ESTATE. ▆▆▆▆▆▆▆ I ARE SOLE BENEFICIARIES OF THE ESTATE. (PART I).
THE ESTATE ASSETS ARE THOSE OF ▆▆▆▆▆ ESTATE (PART VII).
THE TRUST LISTED AS AN ESTATE ASSET IS THE SAME AS THAT OTHERWISE
      LISTED IN PART VII, DETAILS OF WHICH APPEAR ON ATTACHMENT A (PART VII)
BROKERAGE ACCOUNT #1 IS AN INDIVIDUAL ACCOUNT OPENED 9/30/03 USING INHERITANCE PROCEEDS.
BROKERAGE ACCOUNT #2 IS A ROLLOVER INHERITED IRA, (PART VII), OPENED 9/30/03. TRANSFERS INTO ACCT (PART VII)
      OCCURRED 10/10/03. (PART VII).
BROKERAGE ACCOUNT #3 IS THE ▆▆▆▆ IRA, ONE-HALF OF WHICH VESTED IN ME
      IMMEDIATELY UPON ▆▆▆▆▆▆ IT WAS THIS ONE-HALF INTEREST THAT WAS
      ROLLED OVER INTO BROKERAGE ACCOUNT #2 ON 9/30/03. THERE WERE BUYS + SALES B/W 4/1/03-9/30/03
BROKERAGE ACCOUNT #3 VALUES + GAINS BASED UPON MY ONE-HALF INTEREST IN THEN-UNDIVIDED IRA.
      GAINS BASED UPON 4/1/03 MARKET VALUES OF ASSETS.

## X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▆▆▆▆▆▆▆▆▆▆         Date 5/15/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544